[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 6, 2012
JOHN LEY
CLERK

_____

No. 11-14519

_____

D.C. Docket No. 1:10-cv-01289-TWT

UNITED JEWISH COMMUNITIES INC,
trading as United Jewish Appeal,

                                        Plaintiff - Appellant,

versus

WACHOVIA BANK, N.A.,

                                        Defendant - Appellee,

BRANCH BANKING AND TRUST,

                                        Consol. Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(April 6, 2012)

Before WILSON and MARTIN, Circuit Judges, and ALBRITTON,* District
Judge.

_____

    * Honorable W. Harold Albritton, United States District Judge for the Middle District of
Alabama, sitting by designation.

PER CURIAM:

United Jewish Communities, Inc. appeals the district court's grant of summary judgment in favor of Wachovia Bank and Branch Banking and Trust Company. After reviewing the briefs, and with the benefit of oral argument, we affirm the judgment for the reasons set forth in the district court's order.

**AFFIRMED.**